# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 7:21-CR-1772-2** |
| | § | |
| **DIEGO REYES** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Jose Pepe Garza, as attorney for **DIEGO REYES**, Defendant, in this action, and gives notice of his appearance as Counsel. Defendant, **DIEGO REYES,** has retained the services of Jose Pepe Garza to assist in his representation, and there exists no conflict of interest. Said Counsel for Defendant is to receive all communications from the Court or other counsel relating to the case.

Respectfully submitted,

Jose Pepe Garza
Attorney at Law
205 W. Main Street
Rio Grande City, Texas 78582
Telephone: (956) 487-3739
Facsimile: (956) 487-8670
jpgarza10@gmail.com

by:   /s/ *Garza, Jose Pepe*
Jose Pepe Garza
State Bar No. 24109913
Federal ID No. 3392371

## CERTIFICATE OF SERVICE

I, Jose Pepe Garza, hereby certify that a true and correct copy of the above was served on **United States Attorney's Office** via the automatic electronic filing notice system on September 16, 2021.

                                           /s/ *Garza, Jose Pepe*
                                            Jose Pepe Garza